# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147440(44)(45)(46)(47)

COMMERCE AND INDUSTRY INSURANCE
COMPANY, AIU INSURANCE COMPANY, and
AMERICAN HOME ASSURANCE COMPANY,
     Plaintiffs-Appellants,

v

DEPARTMENT OF TREASURY,
     Defendant-Appellee.
_____/

SC: 147440
COA: 311104
Court of Claims: 10-000077-MT

On order of the Chief Justice, the motions for temporary admission under MCR 8.126(A) are GRANTED and the following out-of-state attorneys are admitted for the purpose of appearing in this case: William M. Sneed, Tracy D. Williams, Peter D. Edgerton, and Lisa E. Schwartz.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2013



Clerk